

WILLIAM P. DENI, JR.
Director

Gibbons P.C.
One Gateway Center
Newark, New Jersey 07102-5310
Direct: (973) 596-4853 Fax: (973) 639-8373
wdeni@gibbonslaw.com

August 4, 2020

**VIA ECF**

Honorable Mark Falk, U.S.M.J.
United States District Court
District of New Jersey
U.S. Post Office & Courthouse Building
One Federal Square
Newark, New Jersey 07101

SO ORDERED
/s/ Mark Falk
MARK FALK, U.S.M.J.
8/6/20

> Re: **Merck Sharp & Dohme B.V., et al. v. Aurobindo Pharma USA, Inc., et al.,
> Civil Action Nos. 20-2576, 2750, 2751, 2786, 2787, 2892, 2909, 2964, 3007,
> 3068, 3072, 3112, 3117, 3270, 3314, 3795 (MF) (CCC)**

Dear Judge Falk:

This firm represents Plaintiffs Merck Sharp & Dohme B.V. and Organon USA Inc. (collectively, "Plaintiffs") in the above-referenced actions.[1]  We write, jointly with counsel for Defendants in the above-referenced related actions, to respectfully request an extension of the deadline for the parties to submit a proposed Discovery Confidentiality Order from August 4, 2020, to August 18, 2020.  The parties are still working on the terms of the proposed Discovery Confidentiality Order but anticipate being able to reach an agreement within the extension requested.

If the foregoing meets with Your Honor's approval, the parties respectfully request that Your Honor "So Order" this letter.  We thank the Court for its consideration of this request and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

s/ William P. Deni, Jr.
William P. Deni, Jr.

cc:  All counsel of record (via email)

---

[1] Plaintiffs have circulated a proposed Consolidation Order and are waiting on responses from certain of Defendants. As soon as an agreement is reached, the parties will submit the proposed Consolidation Order to the Court.